1 So.2d 924

**Howard COLE v. STATE.**

6 Div. 764.

Court of Appeals of Alabama.

March 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

4 So.2d 922

**John COLE v. STATE.**

7 Div. 648.

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

5 So.2d 844

**J. C. COLEMAN v. STATE.**

4 Div. 703.

Court of Appeals of Alabama.

Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 844

**J. T. COLEMAN v. STATE.**

6 Div. 803.

Court of Appeals of Alabama.

Dec. 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

11 So.2d 167

**Tellis COLEMAN v. STATE.**

6 Div. 965.

Court of Appeals of Alabama.

Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

11 So.2d 167

**Wiley COLSTON v. STATE.**

2 Div. 715.

Court of Appeals of Alabama.

Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.